**117-1st Floor Courtroom, 9:00 A.M.**  **Thursday, March 20, 2025**

**McKeague, Kethledge, Readler**

**24-1147    April Malick, et al. v. Croswell-Lexington District, et al.**

April Malick, et al.                                         ret   Sarah Gordon Thomas
                                                                    *3 Minutes Rebuttal*

    **Plaintiffs - Appellants**

**V.**

Croswell-Lexington District Schools, et al.             ret   Kenneth Bennett Chapie

    **Defendants - Appellees**

*Lori Nethero, Courtroom Deputy*

Plaintiff parents appeal the district court's summary judgment for defendants, the school district and school administrators, in this civil rights suit under Title VI alleging deliberate indifference to racist bullying and harassment of plaintiffs' daughter by other students and school employees.
(15 Minutes Per Side)